United States District Court
Middle District of Florida
Jacksonville Division

**JARED SCHNACKENBERG,**

    *Plaintiff,*

v.                                                                                    NO. 3:24-cv-324-WGY-PDB

**TOLL BROTHERS MORTGAGE COMPANY,**

    *Defendant.*

___

# Order

The defendant moves for a settlement conference before the undersigned. Doc. 90. The plaintiff opposes the request. Doc. 90 at 3.

The Court conducted a telephone conference to discuss the motion. *See* Docs. 92, 94. The plaintiff's counsel wanted to continue settlement discussions with the mediator who previously mediated the case, *see* Doc. 43 (December 2024 mediation report), and objected to beginning anew. After the telephone conference, the parties conducted a second mediation with the private mediator without success. *See* Doc. 95.

Considering the plaintiff's objection and the second unsuccessful mediation, the motion, Doc. 90, is **denied without prejudice**. The undersigned remains available for a settlement conference (in person or by video teleconference) if jointly requested.

**Ordered** in Jacksonville, Florida, on March 31, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*